# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL                           JS-6

| Case No. | CV16-7582-CAS(KSx) | Date | July 11, 2017 |
|---|---|---|---|
| Title | *UNITED AFRICAN ASIAN ABILITIES CLUB; ET AL. v. PIERRE K. RAPAELIAN; ET AL.* | | |

Present: The Honorable          CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          (IN CHAMBERS) - RESPONSE TO ORDER TO SHOW CAUSE (Filed 07/06/17)[13]

WHEREAS, on June 29, 2017, the Court issued an Order to Show Cause why this action should not be dismissed for failure to comply with the Local Rules and Federal Rules of Civil Procedure and orders of this Court **as to defendants PIERRE K. RAPAELIAN; JEANNE RAPAELIAN; PETER RAPAELIAN dba CASTLE ROCK REALTY**.

A response to the Order to Show Cause was to be filed and served no later than July 17, 2017. Plaintiff filed the above-referenced response on July 6, 2017.

IT IS HEREBY ORDERED AND ADJUDGED that the above-entitled action is dismissed **WITHOUT PREJUDICE** for plaintiff's failure to show cause for their failure to serve.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |